# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 12, 2026

*Before*

THOMAS L. KIRSCH II, *Circuit Judge*

| | |
|---|---|
| No. 26-2636 | UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br>Plaintiffs - Appellants<br><br>v.<br><br>STATE OF WISCONSIN and JOSHUA L. KAUL,<br>Defendants - Appellees |

| **Originating Case Information:** |
|---|
| District Court No: 2:26-cv-00749-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach |

Upon consideration of the **MOTION TO EXPEDITE APPEAL**, filed on August 11, 2026, by counsel for the appellants,

**IT IS ORDERED** that the appellees shall file a response on or before August 19, 2026.