# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

August 24, 2026

*Before*
THOMAS L. KIRSCH II, *Circuit Judge*

<table>
<tr><td>Nos. 26-2636, 26-2675 & 26-2696</td><td>UNITED STATES OF AMERICA and COMMODITY FUTURES TRADING COMMISSION,<br>Plaintiffs – Appellants/Cross – Appellees<br><br>v.<br><br>STATE OF WISCONSIN and JOSHUA L. KAUL,<br>Defendants – Appellees/Cross – Appellants<br><br>APPEALS OF: KALSHIEX LLC and AMERICAN GAMING ASSOCIATION</td></tr>
<tr><td colspan="2">Originating Case Information:</td></tr>
<tr><td colspan="2">District Court No: 2:26-cv-00749-WCG<br>Eastern District of Wisconsin<br>District Judge William C. Griesbach</td></tr>
</table>

The following are before the court:

1. **MOTION TO EXPEDITE APPEAL**, filed on August 11, 2026, by counsel for the plaintiffs.

2. **RESPONSE TO MOTION TO EXPEDITE APPEAL**, filed on August 19, 2026, by counsel for the defendants.

3. **REPLY IN SUPPORT OF MOTION TO EXPEDITE APPEAL**, filed on August 19, 2026, by counsel for the plaintiffs.

**IT IS ORDERED** that the motion to expedite the appeal is **DENIED**.

**IT IS FURTHER ORDERED** that appeal nos. 26-2636, 26-2675, and 26-2696 are **CONSOLIDATED** for purposes of briefing and disposition. Briefing shall proceed as follows:

1. The briefs and required short appendices of the appellants are due by September 21, 2026.

2. The consolidated brief of the defendants is due by October 21, 2026.

3. The United States and Commodity Futures Trading Commission may file any brief in response to the opening briefs of KalshiEX LLC and/or American Gaming Association by October 21, 2026.

4. The reply briefs of the appellants, if any, are due by November 12, 2026.

Important Scheduling Notice !
Hearing notices are mailed shortly before the date of oral argument. Please note that counsel's unavailability for oral argument must be submitted by letter, filed electronically with the Clerk's Office, no later than seven days after the filing of the appellee's brief in a civil case. *See* Cir. R. 34(b)(3). The court's calendar is located at http://www.ca7.uscourts.gov/cal/argcalendar.pdf. Once scheduled, oral argument is rescheduled only in extraordinary circumstances. *See* Cir. R. 34(b)(4), (e).

form name: **c7_Order_3J** (form ID: **177**)